LAURA E. DUFFY
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8266
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$15,828.00 IN U.S. CURRENCY,<br><br>$5,518.00 IN U.S. CURRENCY,<br><br>Defendants. | Civil No. '12CV1229 W JMA<br><br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendants, $15,828.00 IN U.S. CURRENCY (“$15,828 in currency”) and $5,518.00 IN U.S. CURRENCY (“$5,518 in currency”), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881(a)(6), because the defendants $15,828 in currency and $5,518 in currency constitute moneys furnished or intended to be furnished in exchange for controlled substances, or proceeds traceable to an exchange for controlled substances in violation of Chapter 13 of Title 21, United States Code.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendants $15,828 in currency and $5,518 in currency were found in this district.

3. On or about January 11, 2012, a U.S. Magistrate Judge for the Southern District of California issued a federal search warrant for a commercial establishment known as "California Best Meds" located in the 6100 block of University Avenue, San Diego ("California Best Meds"), in the Southern District of California.

4. California Best Meds was a commercial marijuana dispensary.

    A. The owners and operators of California Best Meds purchased marijuana and marijuana-infused consumable products from suppliers.

    B. The owners and operators of California Best Meds would, upon the premises, sell to the public marijuana and marijuana-infused consumable products.

    C. The marijuana and marijuana-infused consumable products sold and distributed to the public by the owners and operators of California Best Meds constituted Schedule I Controlled Substances.

4. On January 11, 2012, federal narcotics enforcement agents ("federal agents") served and executed the search warrant at California Best Meds.

    B. At the time of the service of the search warrant, California Best Meds was open and the employees were conducting business.

//
//

      C.    The federal agents encountered two armed security guards on duty at California Best Meds. The armed security guards were employed by independent security firms.

      D.    The federal agents encountered approximately six employees on duty at California Best Meds.

      E.    Employees told the federal agents that all marijuana and marijuana-infused consumable sales to the public were conducted in cash.

      F.    On prominent display were signs and writings displaying the current cash retail prices to customers of the marijuana and marijuana-infused consumables on sale at California Best Meds.

      G.    Employees told the federal agents that all cash proceeds from the sales of marijuana and marijuana-infused consumables are deposited into the cash register at California Best Meds.

      H.    Employees told the federal agents they were compensated for their labor at California Best Meds. They were paid, however, in marijuana.

      I.    The federal agents also encountered a number of customers shopping and making purchases at California Best Meds.

5.    During the service and execution of the search warrant at California Best Meds, the federal agents discovered and seized a number of items.

      A.    California Best Meds had multiple pounds of marijuana on the premises, in stock, and offered for sale.

      B.    The federal agents gathered and seized all marijuana they discovered.

C. California Best Meds had a wide array of marijuana-infused consumables on the premises, in stock, and offered for sale.

D. The federal agents gathered and seized all marijuana-infused consumables they discovered.

E. The federal agents discovered and seized $2,497.00 in U.S. currency from the cash register located in the sales area.

F. The federal agents discovered and seized $53.00 in U.S. currency from a container located next to the cash register in the sales area.

G. The federal agents discovered and seized $13,100.00 in U.S. currency inside a small safe located in the back office.

H. The federal agents discovered and seized $178.00 in U.S. currency from shelves above the small safe in the back office.

I. When combined, the U.S. currency seized by the federal agents at California Best Meds constitutes the defendant $15,828 in currency.

J. The defendant $15,828 in currency was seized for forfeiture as proceeds from the distribution of marijuana and marijuana-infused consumables, all of which were Schedule I Controlled Substances.

6. On or about January 11, 2012, a U.S. Magistrate Judge for the Southern District of California issued a federal search warrant for a commercial establishment known as “San Diego Organic Wellness Association” located in the 1100 block of Garnet Avenue, San Diego (“San Diego Organic Wellness”), in the Southern District of California.

7. San Diego Organic Wellness was a commercial marijuana dispensary.

    A. The owners and operators of San Diego Organic Wellness purchased marijuana and marijuana-infused consumable products from suppliers.

    B. The owners and operators of San Diego Organic Wellness would, upon the premises, sell to the public marijuana and marijuana-infused consumable products.

    C. The marijuana and marijuana-infused consumable products sold and distributed to the public by the owners and operators of San Diego Organic Wellness constituted Schedule I Controlled Substances.

8. On January 11, 2012, federal agents served and executed the search warrant at San Diego Organic Wellness.

    B. At the time of the service of the search warrant, San Diego Organic Wellness was open and the employees were conducting business.

    C. The federal agents encountered an armed security guard on duty at San Diego Organic Wellness.

    D. The federal agents encountered approximately five employees on duty at San Diego Organic Wellness.

    E. On prominent display were signs and writings displaying the current cash retail prices to customers of the marijuana and marijuana-infused consumables on sale at San Diego Organic Wellness.

9. During the service and execution of the search warrant at San Diego Organic Wellness, the federal agents discovered and seized a number of items.

A. San Diego Organic Wellness had multiple pounds of marijuana on the premises, in stock, and offered for sale.

B. The federal agents gathered and seized all marijuana they discovered.

C. San Diego Organic Wellness had a wide array of marijuana-infused consumables on the premises, in stock, and offered for sale.

D. The federal agents gathered and seized all marijuana-infused consumables they discovered.

E. The federal agents discovered and seized $570.00 in U.S. currency from the cash register and a container located next to the cash register in the sales area.

F. The federal agents discovered and seized $4,948.00 in U.S. currency inside a small safe located in the back office.

I. When combined, the U.S. currency seized by the federal agents at San Diego Organic Wellness constitutes the defendant $5,518 in currency.

J. The defendant $5,518 in currency was seized for forfeiture as proceeds from the distribution of marijuana and marijuana-infused consumables, all of which were Schedule I Controlled Substances.

<u>Count 1</u>

($15,828.00 in U.S. Currency)

10. Paragraphs 1 through 9 are hereby incorporated herein as if alleged in full.

11. The defendant $15,828 in currency was money furnished or intended to be furnished in exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

12. Alternatively, the defendant $15,828 in currency was proceeds of or proceeds traceable to an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

13. Alternatively, the defendant $15,828 in currency was used or intended to be used to facilitate an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

14. As a result of the foregoing, the defendant $15,828 in currency is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 21, United States Code, Section 881(a)(6).

15. The defendant $15,828 in currency is presently deposited within the jurisdiction of this Court.

Count 2

($5,518.00 in U.S. Currency)

16. Paragraphs 1 through 9 are hereby incorporated herein as if alleged in full.

17. The defendant $5,518 in currency was money furnished or intended to be furnished in exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

18. Alternatively, the defendant $5,518 in currency was proceeds of or proceeds traceable to an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

//

//

//

19. Alternatively, the defendant $5,518 in currency was used or intended to be used to facilitate an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

20. As a result of the foregoing, the defendant $5,518 in currency is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 21, United States Code, Section 881(a)(6).

21. The defendant $5,518 in currency is presently deposited within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants $15,828.00 in U.S. currency and $5,518.00 in U.S. currency, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: May 21, 2012.

LAURA E. DUFFY
United States Attorney

s/ Bruce C. Smith

BRUCE C. SMITH
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: bruce.smith@usdoj.gov